IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

Civil Action No. 1:14-cv-2029-JMC-SVH

| | |
|---|---|
| JALEN COHEN, | ) |
| Plaintiff, | ) |
| -versus- | ) **CERTIFICATE OF SERVICE** |
| TOWN OF ALLENDALE, | ) |
| Defendant. | ) |

The undersigned hereby certifies that a true copy of Defendant's Answer was served upon counsel for plaintiff by mailing a copy properly addressed, via First Class U.S. Mail, with sufficient postage affixed on May 29, 2014, addressed to:

> H. Woodrow Gooding, Esquire
> Mark B. Tinsley, Esquire
> Laine B. Gooding, Esquire
> Gooding and Gooding, P.A.
> P.O. Box 1000
> Allendale, SC 29810

 s/ James A. Stuckey
JAMES A. STUCKEY
Federal Identification Number 4366